

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gaetan Pelletier, derivatively on behalf of Clover Valley Ranch LLC

Plaintiff,

V.

Rodriguez et al

Defendant.

Civil Action No. 17cv01809-BTM-JMA

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth in the entered Order [ECF 24], The Court Grants Defendant's Motion to Dismiss and enters final judgment dismissing the case.

Date: 9/24/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Mitchell

S. Mitchell, Deputy